IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Melissa A. Vogel fka Melissa A. Sweeney<br>Cory T. Vogel<br>Debtor(s)<br><br>PENNYMAC LOAN SERVICES, LLC<br>Movant<br>vs.<br><br>Melissa A. Vogel fka Melissa A. Sweeney<br>Cory T. Vogel<br>Debtor(s)<br><br>Jack N. Zaharopoulos,<br>Trustee | BK NO. 18-03969 HWV<br><br>Chapter 13<br><br>Related to Claim No. 14 |

CERTIFICATE OF SERVICE OF
PRAECIPE TO WITHDRAW NOTICE OF MORTGAGE PAYMENT CHANGE

I, Rebecca A. Solarz, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on August 25, 2021, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Melissa A. Vogel fka Melissa A. Sweeney
112 Beech Avenue
Fredericksburg, PA 17026

Cory T. Vogel
112 Beech Avenue
Fredericksburg, PA 17026

Attorney for Debtor(s)
Gary J. Imblum, Esq.
4615 Derry Street
Harrisburg, PA 17111

Trustee
Jack N. Zaharopoulos
8125 Adams Drive
Hummelstown, PA 17036

Method of Service: electronic means or first class mail

Dated: August 25, 2021

/s/Rebecca A. Solarz, Esquire
Rebecca A. Solarz, Esquire
Phone: (215) 825-6327
Email: rsolarz@kmllawgroup.com