IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: :
CORY T. VOGEL : CASE NO. 1:18-bk-03969-HWV
MELISSA A. VOGEL :
fka MELISSA A. SWEENEY :
        Debtors : CHAPTER 13

### NOTICE OF MOTION, RESPONSE DEADLINE AND SCHEDULED HEARING DATE

    Gary J. Imblum, Esquire, attorney for Cory T. Vogel and Melissa A. Vogel, has filed a Motion to Approve Refinancing to refinance property through Moneyline Lending LLC in the amount of $268,620.00.

    **YOUR RIGHTS MAY BE AFFECTED.** YOU SHOULD READ THESE PAPERS CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY, IF YOU HAVE ONE IN THIS BANKRUPTCY CASE. (If you do not have an attorney, you may wish to consult an attorney.)

1.    If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before, __July 20__ 2023, you or your attorney must do **all** of the following:

    (a)    File an answer on or before __July 20__, 2023 explaining your position at

        **CLERK - UNITED STATES BANKRUPTCY COURT**
        **THE SYLVIA H. RAMBO U.S. COURTHOUSE**
        **1501 NORTH 6TH STREET, 3RD FLOOR**
        **HARRISBURG, PA 17102**

    If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before 5:00 p.m. __July 20__, 2023; and

    (b)    Mail a copy to the Movants' Attorney:

        **IMBLUM LAW OFFICES, P.C.**
        **Gary J. Imblum**
        **4615 Derry Street**
        **Harrisburg, PA 17111**
        **(717) 238-5250; FAX (717)558-8990**
        Electronic Mail: **gary.imblum@imblumlaw.com**

2.    If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

**3.    If you do not file a response or objection within <u>twenty one</u> (21) days after the date of this notice, the Court may grant the Motion to Approve Refinancing without further notice or hearing, and the scheduled hearing will not occur.**

**4.    A scheduled hearing on the motion will be held before the Honorable Henry W. Van Eck, on  August 8   , 2023 at  9:30  a .m. in the U.S. Bankruptcy Court, The Sylvia H. Rambo US Courthouse, 1501 N. 6th Street, 3rd Floor, Harrisburg, PA 17102. Unless the court orders otherwise, the hearing on this matter will be an evidentiary hearing at which witnesses may testify with respect to disputed material factual issues in the manner directed by Fed.R.Bankr.P. 9014(d).**

**5.    If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).**

**6.    You may contact the Bankruptcy Clerk's Office at 717-901-2800 or 570-826-6450 to find out whether the hearing has been canceled because no one filed an answer.**

**Dated: 07/06/2023**

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>CORY T VOGEL<br>MELISSA A VOGEL | CASE NO: 1:18-03969-HWV<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13<br>Hearing Location: Sylvia H. Rambo U.S. Courthouse, 1501 N 6th St., 3rd Fl, Hbg., PA 17102<br>Hearing Date: 08/08/2023<br>Hearing Time: 9:30 A.M.<br>Response Date: 07/20/2023 |

On 7/6/2023, I did cause a copy of the following documents, described below,

Notice of the Motion to Approve Refinance

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 7/6/2023

/s/ Gary J. Imblum, Esquire
Gary J. Imblum, Esquire  42606
Attorney for Debtor
IMBLUM LAW OFFICES PC
4615 Derry Street
Harrisburg, PA  17111
717 538 5250
candy.hill@imblumlaw.com

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| IN RE: | CASE NO: 1:18-03969-HWV |
|---|---|
| CORY T VOGEL<br>MELISSA A VOGEL | **CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br>Chapter: 13<br>Hearing Location: Sylvia H. Rambo U.S. Courthouse, 1501 N 6th St., 3rd Fl, Hbg., PA 17102<br>Hearing Date: 08/08/2023<br>Hearing Time: 9:30 A.M.<br>Response Date: 07/20/2023 |

On 7/6/2023, a copy of the following documents, described below,

Notice of the Motion to Approve Refinance

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 7/6/2023



---
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Gary J. Imblum, Esquire
IMBLUM LAW OFFICES PC
4615 Derry Street
Harrisburg, PA  17111

USPS FIRST CLASS MAILING RECIPIENTS:
Parties whose names are struck through were not served via First Class USPS Mail Service.

CASE INFO

| | | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 118-03969-HWV<br>MIDDLE DISTRICT OF PENNSYLVANIA<br>THU JUL 6 11-55-36 PST 2023 | BUREAUS INVESTMENT GROUP PORTFOLIO NO 15 LLC<br>PO BOX 788<br>KIRKLAND  WA 98083-0788 | LVNV FUNDING LLC<br>PO BOX 10587<br>GREENVILLE  SC 29603-0587 |
| EXCLUDE<br>~~(U)PENNYMAC LOAN SERVICES  LLC~~ | PRA RECEIVABLES MANAGEMENT  LLC<br>PO BOX 41021<br>NORFOLK  VA 23541-1021 | EXCLUDE<br>~~US BANKRUPTCY COURT~~<br>~~SYLVIA H RAMBO US COURTHOUSE~~<br>~~1501 N 6TH STREET~~<br>~~HARRISBURG  PA 17102-1104~~ |
| AMERICAN CREDIT ACCEPTANCE<br>961 E MAIN STREET<br>SPARTANBURG SC 29302-2185 | (P)AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL<br>PO BOX 183853<br>ARLINGTON TX 76096-3853 | BUREAUS INVESTMENT GROUP PORTFOLIO NO 15 LLC<br>PO BOX 788<br>KIRKLAND  WA 98083-0788 |
| CACH  LLC ITS SUCCESSORS AND ASSIGNS AS ASSI<br>OF SPRINGLEAF FINANCIAL SERVICES  INC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE  SC 29603-0587 | CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY  UT 84130-0285 | CAPITAL ONE BANK (USA)  NA<br>PO BOX 71083<br>CHARLOTTE  NC  28272-1083 |
| CAPITAL ONE  NA<br>CO BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN PA 19355-0701 | CAPITAL ONEJUSTICE<br>PO BOX 30258<br>SALT LAKE CITY  UT 84130-0258 | CAVALRY PORTFOLIO SERVICE<br>500 SUMMIT LAKE DRIVE<br>VALHALLA  NY 10595-2321 |
| CAVALRY SPV I  LLC<br>500 SUMMIT LAKE DRIVE  STE 400<br>VALHALLA  NY 10595-2321 | CHASE CARD SERVICES<br>1 CHASE MANHATTAN PLAZA<br>NEW YORK  NY 10005-1402 | CITICARDS CBNA<br>PO BOX 790040<br>SAINT LOUIS  MO 63179-0040 |
| COMENITY BANKANN TAYLOR<br>ATTN BANKRUPTCY<br>PO BOX 182125<br>COLUMBUS  OH 43218-2125 | COMENITY BANKLANE BRYANT<br>ATTN BANKRUPTCY<br>PO BOX 182125<br>COLUMBUS  OH 43218-2125 | CREDIT ACCEPTANCE<br>25505 WEST 12 MILE RD<br>SUITE 3000<br>SOUTHFIELD  MI 48034-8331 |
| CREDIT ONE BANK<br>CO LVNV FUNDINGRESURGENT CAPITAL<br>PO BOX 10497<br>GREENVILLE  SC 29603-0497 | FALONI  ASSOCIATES<br>165 POSSAIC AVENUE  SUITE 301B<br>FAIRFIELD  NJ 07004-3592 | (P)GLOBAL HOLDINGS LLC<br>4343 S 118TH E AVENUE SUITE 220<br>TULSA OK 74146-4405 |
| INTERNAL REVENUE SERVICE<br>POB 7346<br>PHILADELPHIA  PA 19101-7346 | KOHLSCAPITAL ONE<br>KOHLS CREDIT<br>PO BOX 3043<br>MILWAUKEE  WI 53201-3043 | EXCLUDE<br>~~(D)LVNV FUNDING LLC~~<br>~~PO BOX 10587~~<br>~~GREENVILLE  SC 29603-0587~~ |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties whose names are struck through were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| LVNV FUNDING LLC<br>PO BOX 10587<br>GREENVILLE  SC 29603-0587<br>LVNV FUNDING LLC<br>PO BOX 10587<br>GREENVILLE  SC 29603-0587 | LVNV FUNDING  LLC ITS SUCCESSORS AND ASSIGNS<br>ASSIGNEE OF MHC RECEIVABLES  LLC AND FNBM  LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE  SC 29603-0587 | LEBANON IMAGING ASSOC  PC<br>CO NATIONAL RECOVERY AGENCY<br>PO BOX 67015<br>HARRISBURG  PA 17106-7015 |
| NISWI  LLC DBA AMPLIFY FUNDING<br>PO BOX 542<br>LAC DU FLAMBEAU  WI 54538-0542 | P S E C U<br>ATTENTION BANKRUPTCY<br>PO BOX 67013<br>HARRISBURG  PA 17106-7013 | PA DEPARTMENT OF REVENUE<br>BUREAU OF INDIVIDUAL TAXES<br>DEPT 280431<br>HARRISBURG  PA 17128-0431 |
| PA HOUSING FINANCE AGE<br>PO BOX 8029<br>HARRISBURG  PA 17105-8029 | PENNYMAC LOAN SERVICES  LLC<br>PO BOX 2410<br>MOORPARK CA 93020-2410 | ~~EXCLUDE~~<br>~~(D)PRA RECEIVABLES MANAGEMENT  LLC~~<br>~~PO BOX 41021~~<br>~~NORFOLK  VA 23541-1021~~ |
| PSECU<br>PO BOX 67013<br>HARRIBSURG  PA 17106-7013 | PENNYMAC LOAN SERVICES<br>ATTN BANKRUPTCY<br>PO BOX 514357<br>LOS ANGELES  CA 90051 | (P)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| RENEWAL FINANCIAL CORP II<br>PO BOX 809388<br>CHICAGO  IL 60680-9388 | SYNCHRONY BANK<br>CO WEINSTEIN  RILEY  PS<br>2001 WESTERN AVE  STE 400<br>SEATTLE  WA 98121-3132 | SPRINGLEAF FINANCIAL SERVICES<br>CO SQUARE ONE FINANCIALCACH  LLC<br>55 BEATTIE PLACE STE 110<br>GREENVILLE  SC 29601-5115 |
| SYNCHRONY BANK<br>ATTN BANKRUPTCY<br>PO BOX 965060<br>ORLANDO  FL 32896-5060 | SYNCHRONY BANK<br>CO PRA RECEIVABLES MANAGEMENT  LLC<br>PO BOX 41021<br>NORFOLK VA 23541-1021 | SYNCHRONY BANKLOWES<br>ATTN BANKRUPTCY<br>PO BOX 965060<br>ORLANDO  FL 32896-5060 |
| ~~EXCLUDE~~<br>~~(U)THE BUREAUS~~<br>~~ADDRESS REMOVED PER ENTRY 26~~ | ~~EXCLUDE~~<br>~~UNITED STATES TRUSTEE~~<br>~~228 WALNUT STREET  SUITE 1190~~<br>~~HARRISBURG  PA 17101-1722~~ | WELTMAN WEINBERG  REIS<br>436 7TH AVE  STE 2500<br>PITTSBURGH  PA 15219-1842 |
| DEBTOR<br>CORY T VOGEL<br>112 BEECH AVENUE<br>FREDERICKSBURG  PA 17026-9730 | ~~EXCLUDE~~<br>~~GARY J IMBLUM~~<br>~~IMBLUM LAW OFFICES  PC~~<br>~~4615 DERRY STREET~~<br>~~HARRISBURG  PA 17111-2660~~ | ~~EXCLUDE~~<br>~~(P)JACK N  ZAHAROPOULOS~~<br>~~ATTN CHAPTER 13 TRUSTEE~~<br>~~8125 ADAMS DRIVE SUITE A~~<br>~~HUMMELSTOWN PA 17036-8625~~ |
| MELISSA A VOGEL<br>112 BEECH AVENUE<br>FREDERICKSBURG  PA 17026-9730 | | |