# IMBLUM LAW OFFICES, P.C.

**4615 DERRY STREET**
**HARRISBURG, PA 17111**

Gary J. Imblum
Jeffrey L. Troutman (of counsel)

email: gary.imblum@imblumlaw.com

**Telephone**
717.238.5250
**Facsimile**
717.558.8990

August 4, 2023

**Via ECF Only**

TO: US BANKRUPTCY COURT - CLERK

RE: Cory T. Vogel & Melissa A. Vogel, fka Melissa A. Sweeney
Chapter 13 Bankruptcy Case No. 1:18-bk-03969-HWV

Dear Clerk:

Please issue a certified Order Approving Refinance in the above matter. The Docket Number of the Order is 59.

Very truly yours,

IMBLUM LAW OFFICES, P.C.

/s/ Gary J. Imblum

Gary J. Imblum

GJI/cvs

F:\BANKRUPT\CLIENTS\LEBANON\VOGEL_Cory_&_Melissa (L) 2017\PLEADINGS AND CREDITORS\Refinance\08-04-23 BK Request (Certified Order).ltr.wpd

Case 1:18-bk-03969-HWV    Doc 61    Filed 08/04/23    Entered 08/04/23 07:55:38    Desc Main Document    Page 1 of 1