United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-03969-HWV |
| Cory T. Vogel | Chapter 13 |
| Melissa A. Vogel | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Aug 03, 2023 | Form ID: pdf010 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol** **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 05, 2023:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5110563 | + Email/Text: blegal@phfa.org | Aug 03 2023 18:34:00 | PA Housing Finance Age, PO Box 8029, Harrisburg, PA 17105-8029 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 05, 2023      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 3, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian C Nicholas | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Gary J Imblum | on behalf of Debtor 1 Cory T. Vogel gary.imblum@imblumlaw.com<br>gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com |
| Gary J Imblum | on behalf of Debtor 2 Melissa A. Vogel gary.imblum@imblumlaw.com<br>gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com |

| | | |
|---|---|---|
| Jack N Zaharopoulos | | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor PENNYMAC LOAN SERVICES LLC | bkgroup@kmllawgroup.com |
| Robert Joseph Davidow | on behalf of Creditor PENNYMAC LOAN SERVICES LLC | r.davidow@mgplaw.com |
| Thomas Song | on behalf of Creditor PENNYMAC LOAN SERVICES LLC | tomysong0@gmail.com |
| United States Trustee | | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>CORY T. VOGEL<br>MELISSA A. VOGEL<br>fka MELISSA A. SWEENEY<br>      Debtors | : <br>:<br>:<br>:<br>:<br>: | CASE NO. 1:18-bk-03969-HWV<br><br><br>CHAPTER 13 |
| CORY T. VOGEL<br>MELISSA A. VOGEL<br>fka MELISSA A. SWEENEY<br>      Movants | :<br>:<br>:<br>:<br>: | |
| v. | : | |
| JACK N. ZAHAROPOULOS, ESQUIRE<br>CHAPTER 13 TRUSTEE<br>PENNYMAC LOAN SERVICES<br>PHFA<br>LEBANON COUNTY TAX CLAIM<br>BUREAU<br>      Respondents | :<br>:<br>:<br>:<br>:<br>:<br>: | |

## ORDER

Upon consideration of Debtors' Motion to Approve Refinancing, Doc. 57, it is

**ORDERED** that Debtors' Motion to Approve Refinancing in accordance with the terms of the commitment letter of Moneyline Lending LLC is APPROVED and distribution of the proceeds as set forth below shall be permitted:

1. Payment of all closing costs for which Debtors are liable.

2. Payment in the amount of $3,500.00, to be applied to Debtors' costs and Attorney fees previously approved by the Bankruptcy Court.

3. Payment of any and all other miscellaneous fees involved with the refinance.

4. Payment of any liens and mortgages.

5. As long as same is a valid lien on subject real estate, payment in full of Lebanon County Tax Claim Bureau real estate taxes, if any, or else the sale will not occur.

6. As long as same are valid liens on subject real estate, payment of the mortgage in full of Pennymac Loan Services, or else the refinance will not occur.

7. If there are net proceeds remaining after paying all the costs, fees and liens set forth in the preceding paragraphs, then payment to Jack N. Zaharopoulos, Esquire, the Chapter 13 Trustee in an amount up to the amount necessary to fully fund the Plan, less any amount otherwise payable to a secured creditor pursuant to Debtors' Plan, which is, in fact, paid at settlement.

8. If there are net proceeds remaining after paying all of the costs, fees and liens set forth in the preceding paragraphs, then payment of any and all attorney fees owed to Debtors' counsel for representation in the above matter.

9. If there are net proceeds remaining after paying all the costs, fees and liens set forth in the preceding paragraphs, then the remaining balance, if any, shall be distributed to the Debtors.

By the Court,

*Henry W. Van Eck*
_____
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: August 2, 2023