| In re: | Case No. 18-03969-HWV |
|---|---|
| Cory T. Vogel | Chapter 13 |
| Melissa A. Vogel | |
| Debtors | |

# CERTIFICATE OF NOTICE

District/off: 0314-1  User: AutoDocke  Page 1 of 4
Date Rcvd: Nov 18, 2024  Form ID: 3180W  Total Noticed: 42

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^           Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 20, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Cory T. Vogel, Melissa A. Vogel, 112 Beech Avenue, Fredericksburg, PA 17026-9730 |
| 5110552 | + | Chase Card Services, 1 Chase Manhattan Plaza, New York, NY 10005-1402 |
| 5110558 | + | Faloni & Associates, 165 Possaic Avenue, Suite 301B, Fairfield, NJ 07004-3592 |
| 5110547 | | PA Department of Revenue, Bureau of Individual Taxes, Dept 280431, Harrisburg, PA 17128-0431 |
| 5110565 | + | Renewal Financial Corp. II, PO Box 809388, Chicago, IL 60680-9388 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | EDI: Q3GTBI | Nov 18 2024 23:38:00 | BUREAUS INVESTMENT GROUP PORTFOLIO NO 15, LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5110548 | | EDI: PHINAMERI.COM | Nov 18 2024 23:38:00 | Americredit Financial Services, PO Box 182673, Arlington, TX 76096 |
| 5132822 | + | Email/Text: bankruptcy@acacceptance.com | Nov 18 2024 18:44:00 | American Credit Acceptance, 961 E. Main Street, Spartanburg SC 29302-2149 |
| 5127161 | | EDI: Q3GTBI | Nov 18 2024 23:38:00 | Bureaus Investment Group Portfolio No 15 LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5128157 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 18 2024 18:42:17 | CACH, LLC its successors and assigns as assignee, of Springleaf Financial Services, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5110549 | + | EDI: CAPITALONE.COM | Nov 18 2024 23:38:00 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5121820 | | EDI: CAPITALONE.COM | Nov 18 2024 23:38:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 5117582 | | Email/PDF: bncnotices@becket-lee.com | Nov 18 2024 18:53:26 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5110550 | + | EDI: CAPITALONE.COM | Nov 18 2024 23:38:00 | Capital One/Justice, PO Box 30258, Salt Lake City, UT 84130-0258 |
| 5110551 | + | Email/Text: bankruptcy@cavps.com | Nov 18 2024 18:44:00 | Cavalry Portfolio Service, 500 Summit Lake Drive, Valhalla, NY 10595-2321 |
| 5111306 | | Email/Text: bankruptcy@cavps.com | Nov 18 2024 18:44:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 5110553 | + | EDI: CITICORP | Nov 18 2024 23:38:00 | Citicards CBNA, PO Box 790040, Saint Louis, MO 63179-0040 |
| 5110554 | + | EDI: WFNNB.COM | Nov 18 2024 23:38:00 | Comenity Bank/Ann Taylor, Attn: Bankruptcy, PO |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | Box 182125, Columbus, OH 43218-2125 |
| 5110555 | + | EDI: WFNNB.COM | Nov 18 2024 23:38:00 | Comenity Bank/Lane Bryant, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 5110556 | + | Email/Text: ebnnotifications@creditacceptance.com | Nov 18 2024 18:43:00 | Credit Acceptance, 25505 West 12 Mile Rd, Suite 3000, Southfield, MI 48034-8331 |
| 5110557 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 18 2024 18:42:17 | Credit One Bank, c/o LVNV Funding/Resurgent Capital, PO Box 10497, Greenville, SC 29603-0497 |
| 5110559 | | Email/Text: ConsumerAdvocacy@ghllc.com | Nov 18 2024 18:44:00 | Global Client Solutions, LLC, 4343 South 118th East Avenue, Suite 220, Tulsa, OK 74146 |
| 5110546 | | EDI: IRS.COM | Nov 18 2024 23:38:00 | Internal Revenue Service, POB 7346, Philadelphia, PA 19101-7346 |
| 5110560 | + | Email/Text: PBNCNotifications@peritusservices.com | Nov 18 2024 18:43:00 | Kohls/Capital One, Kohls Credit, PO Box 3043, Milwaukee, WI 53201-3043 |
| 5272124 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 18 2024 18:42:17 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587, LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 5272123 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 18 2024 18:42:49 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 5117464 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 18 2024 18:42:17 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5204324 | | Email/Text: Bankruptcies@nragroup.com | Nov 18 2024 18:44:00 | Lebanon Imaging Assoc., P.C., c/o National Recovery Agency, PO Box 67015, Harrisburg, PA 17106-7015 |
| 5110561 | + | Email/Text: bankruptcy@ldf-holdings.com | Nov 18 2024 18:44:00 | Niswi, LLC d/b/a Amplify Funding, PO Box 542, Lac Du Flambeau, WI 54538-0542 |
| 5110562 | + | EDI: G2RSPSECU | Nov 18 2024 23:38:00 | P S E C U, Attention: Bankruptcy, PO Box 67013, Harrisburg, PA 17106-7013 |
| 5110562 | + | Email/Text: bankruptcynotices@psecu.com | Nov 18 2024 18:44:00 | P S E C U, Attention: Bankruptcy, PO Box 67013, Harrisburg, PA 17106-7013 |
| 5110563 | + | Email/Text: blegal@phfa.org | Nov 18 2024 18:44:00 | PA Housing Finance Age, PO Box 8029, Harrisburg, PA 17105-8029 |
| 5136920 | + | Email/PDF: ebnotices@pnmac.com | Nov 18 2024 18:53:44 | PENNYMAC LOAN SERVICES, LLC, P.O. BOX 2410, MOORPARK CA 93020-2410 |
| 5131961 | | EDI: PRA.COM | Nov 18 2024 23:38:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5110779 | + | EDI: PRA.COM | Nov 18 2024 23:38:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5131952 | + | EDI: G2RSPSECU | Nov 18 2024 23:38:00 | PSECU, PO BOX 67013, HARRIBSURG, PA 17106-7013 |
| 5131952 | + | Email/Text: bankruptcynotices@psecu.com | Nov 18 2024 18:44:00 | PSECU, PO BOX 67013, HARRIBSURG, PA 17106-7013 |
| 5110564 | | Email/PDF: ebnotices@pnmac.com | Nov 18 2024 18:42:52 | Pennymac Loan Services, Attn: Bankruptcy, Po Box 514357, Los Angeles, CA 90051 |
| 5137000 | + | Email/Text: bncmail@w-legal.com | Nov 18 2024 18:44:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 5110566 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 18 2024 18:42:52 | Springleaf Financial Services, c/o Square One Financial/CACH, LLC, 55 Beattie Place Ste 110, Greenville, SC 29601-5115 |
| 5263577 | ^ | MEBN | Nov 18 2024 18:39:07 | Synchrony Bank, c/o PRA Receivables |

| Recip ID | Bypass Reason | | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| | | | | Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 5110567 | + EDI: SYNC | | Nov 18 2024 23:38:00 | Synchrony Bank, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5110568 | + EDI: SYNC | | Nov 18 2024 23:38:00 | Synchrony Bank/Lowes, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5110570 | Email/Text: pitbk@weltman.com | | Nov 18 2024 18:44:00 | Weltman Weinberg & Reis, 436 7th Ave Ste 2500, Pittsburgh, PA 15219-1842 |

TOTAL: 39

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 5110569 | | The Bureaus, Address removed per entry 26 |
| cr | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 20, 2024         Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 18, 2024 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Denise E. Carlon | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Gary J Imblum | on behalf of Debtor 1 Cory T. Vogel gary.imblum@imblumlaw.com gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com |
| Gary J Imblum | on behalf of Debtor 2 Melissa A. Vogel gary.imblum@imblumlaw.com gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com |
| Robert Joseph Davidow | on behalf of Creditor PENNYMAC LOAN SERVICES LLC r.davidow@mgplaw.com |
| Thomas Song | on behalf of Creditor PENNYMAC LOAN SERVICES LLC tomysong0@gmail.com |

United States Trustee     ustpregion03.ha.ecf@usdoj.gov

TOTAL: 8

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Cory T. Vogel | Social Security number or ITIN  xxx–xx–1049 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Melissa A. Vogel | Social Security number or ITIN  xxx–xx–6590 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 1:18–bk–03969–HWV | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Cory T. Vogel

Melissa A. Vogel
fka Melissa A. Sweeney

11/18/24

**By the court:**

*Henry W. Van Eck* (signature)

Henry W. Van Eck, Chief Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W	**Chapter 13 Discharge**	page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**